**NONPRECEDENTIAL DISPOSITION**
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted August 23, 2012
Decided August 28, 2012

**Before**

WILLIAM J. BAUER, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

No. 12-2286

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | Appeal from the United States District Court for the Eastern District of Wisconsin. |
| *v.* | No. 1:07-cr-00073-WCG-1 |
| CHARLES T. McINTOSH, *Defendant-Appellant*. | William C. Griesbach, *Judge.* |

**O R D E R**

We have considered the *Anders* brief submitted by the attorney for the defendant-appellant, Charles T. McIntosh. The brief is sufficient on its face and we agree that there are no non-frivolous grounds for appeal. The motion to withdraw is granted and the appeal is dismissed.